JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORBITZ WIRELESS, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SPRINT SOLUTIONS, INC., a Delaware corporation, SKIP AMMON, an individual,<br><br>    Defendants.<br>_____ | Case No. CV 10-03999 DDP (AGRx)<br><br>**ORDER OF DISMISSAL** |

　　The STIPULATION TO DISMISS (FILED ON 08-08-11 / DOCKET NUMBER 27) is GRANTED,

　　Therefore, the COURT ORDERS that this action be, and hereby is, dismissed with prejudice.

　　The trial dates of 09-12-11 and 09-20-11 are VACATED.

　　The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: August 9, 2011

　　　　　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　　　　　United States District Judge